UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:17cv61802

AMBER PRESCOTT,

    Plaintiff,

v.

FRONTLINE ASSET STRATEGIES, LLC,

    Defendant.
_____/

**DECLARATION OF ATTORNEY JIBRAEL S. HINDI IN SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES**

In support of Plaintiff's Verified Motion for Award of Attorneys' Fees, I, Jibrael S. Hindi, Esq., make the following statement:

1. My name is Jibrael S. Hindi. I am a member in good standing of the Bars of the following Courts:

   a. Supreme Court of Florida
      Tallahassee, Florida
      Admitted September 21, 2015

   b. United States District Court for the Southern District of Florida
      Miami, Florida
      Admitted December 02, 2015

   c. United States District Court for the Middle District of Florida
      Tampa, Florida
      Admitted June 1, 2016

2. As an undergraduate, I attended Florida Atlantic University and earned a Bachelor of Business Administration in Finance, *cum laude*, on May 23, 2011. I graduated law school *summa cum laude* from the Nova Southeastern University Law School on June 30, 2015.

3. In September of 2015, I opened my law office as a sole practitioner. From inception, I have limited my practice to representing consumers.

4. I am an active member of the National Association of Consumer Advocates ("NACA").

5. I have been Plaintiff's counsel in over 200 consumer protection cases in Florida courts, I am also Plaintiff's counsel in pending class-action lawsuits.

6. I regularly attend legal seminars hosted by the National Consumer Law Center ("NCLC") and other consumer associations, including the following:

- *National Consumer Law Center 25th Annual Consumer Rights Litigation Conference (2016)*
- *National Consumer Law Center, Fair Debt Collection Training Conference (2016)*

7. Of the aforesaid legal seminars, I have attended at least five intensive seminars which have dealt exclusively with FDCPA litigation.

8. To the best of my knowledge, I am one of the most active litigators in the state of Florida with regards to Fair Debt Collection Practices Act cases.

9. Among my positive published decisions are the following citations:

- Michael v. HOVG, LLC, 232 F. Supp. 3d 1229 (S.D. Fla. 2017)
- Urquiaga v. Fin. Bus. and Consumer Sols., Inc., 16-CV-62110, 2016 WL 6877735, at *1 (S.D. Fla. Nov. 22, 2016)

10. I am Plaintiff's counsel in this action.

11. I have expended a total of 17.4 hours in this matter. My contemporaneously kept time records reflecting my services (the "Timecard") is attached to Plaintiff's Motion for Default Final Judgment and Attorney Fees and Costs as Exhibit "B."

12.     The reasonable hourly rate for my services is $395.00 per hour.

13.     This Court has previously awarded me $375.00/hour in a similar FDCPA cases as presented here. Perez v. National Credit Adjusters, LLC., 0:17cv60324 (S.D. Fla. Jun. 22, 2017) (J. Dimitrouleas).

10.     The lodestar calculation of attorney's fees for my time expended is $2,6873.00 (17.4 hours multiplied by $395.00/hour).

11.     These requested attorney's fees were reasonable and necessary to litigate this matter.

I, Jibrael S. Hindi, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746, that the foregoing statements are true.

Executed October 15, 2017, in Fort Lauderdale, Florida.

  /s/ Jibrael S. Hindi                              .
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:     jibrael@jibraellaw.com
THE LAW OFFICES OF JIBRAEL S. HINDI
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:     954-907-1136
Fax:        855-529-9540