**THE LAW OFFICES OF JIBRAEL S. HINDI**               **TIMECARD**

110 SE 6TH STREET, SUITE 1744                                   DATE 10/15/2017
FORT LAUDERDALE, FLORIDA 33301
PHONE: 954-907-1136
E-MAIL: JIBRAEL@JIBRAELLAW.COM

**FOR:**

[JH] – Attorney Jibrael S. Hindi:    **17.4 Hours**      *Prescott v. Frontline Asset Strategies, LLC.*

Case No.: 0:17cv61802

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 9/7/2017 | [JH] - CONSULTATION WITH CLIENT & QUESTIONNAIRE DISPATCHED | .9 | $395.00 | $355.50 |
| 9/7/2017 | [JH] - RECEIPT OF CLIENT'S RESPONSES TO QUESTIONNAIRE, RECEIPT OF COLLECTION LETTER RECEIVED BY CLIENT, AND CONFIRMATION PROVIDED TO CLIENT. | .1 | $395.00 | $39.50 |
| 9/8/2017 | [JH] - REVIEW OF CLIENT'S QUESTIONNAIRE RESPONSES AND PRELIMINARY REVIEW OF COLLECTION LETTER TO DETERMINE WHETHER IT WAS RECEIVED WITHIN THE LAST TWELVE (12) MONTHS. | .4 | $395.00 | $158.00 |
| 9/8/2017 | [JH] - COMMUNICATION WITH CLIENT TO ADVISE OF INITIAL FINDINGS AND FOLLOW-UP ON QUESTIONNAIRE RESPONSES. | .8 | $395.00 | $316.00 |
| 9/8/2017 | [JH] - FACIAL REVIEW OF COLLECTION LETTER FOR VIOLATIONS AND EXTRACTION OF ALL INFORMATION NECESSARY TO FULLY INVESTIGATE DEFENDANT, THE DEBT, AND THE CURRENT CREDITOR. | .5 | $395.00 | $197.50 |
| 9/11/2017 | [JH] - RESEARCH CORPORATE FILINGS TO ENSURE DEFENDANT MAY LAWFULLY CONDUCT COLLECTIONS BUSINESS IN FLORIDA, AS WELL AS WHETHER DEFENDANT POSSESSES AND/OR IS REGISTERED AS A CONSUMER COLLECTION AGENCY IN FLORIDA. | .4 | $395.00 | $158.00 |
| 9/11/2017 | [JH] - QUERY FEDERAL AND STATE COURT RECORDS FOR ACTIONS COMMENCED AGAINST DEFENDANT, BOTH RESOLVED AND PENDING, FOCUSING ON SAME AND/OR SIMILAR ACTIONS AND THE OUTCOME OF SUCH. | 1.0 | $395.00 | $395.00 |
| 9/11/2017 | [JH] - REVIEW KEYCITE NOTICES FOR DETERMINATIVE RULINGS. | .5 | $395.00 | $197.50 |
| 9/12/2017 | [JH] - COMMUNICATION WITH CLIENT TO ADVISE OF FINDINGS AND EXPLAIN POSSIBLE SCENARIOS AND OUTCOMES. | .7 | $395.00 | $276.50 |
| 9/15/2017 | [JH] - DRAFT, PROOF, AND FINALIZE COMPLAINT AND COLLECTION LETTER (EXHIBIT). | 3.4 | $395.00 | $1,343.00 |
| 9/15/2017 | [JH] - COMMUNICATION/STATUS CONFERENCE WITH CLIENT. | .3 | $395.00 | $118.50 |
| 9/16/2017 | [JH] - PREPARE COVERSHEET, SUMMONS, AND REVIEW AND FILE COMPLAINT. | .5 | $395.00 | $197.50 |

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 9/18/2017 | [JH] - COMMUNICATION/STATUS CONFERENCE WITH CLIENT Re: ISSUANCE OF SUMMONS AND DEADLINE FOR DEFENDANT'S ANSWER. | .1 | $395.00 | $39.50 |
| 9/19/2017 | [JH] - REVIEW OF Judge's Notice [D.E 2]. | .1 | $395.00 | $39.50 |
| 9/19/2017 | [JH] - PREPARATION OF DISCOVERY AND SCHEDULING PLAN FOR PRESENTATION TO OPPOSING COUNSEL UPON APPEARANCE THEREOF. | 1.3 | $395.00 | $513.50 |
| 10/11/2017 | [JH] - COMMUNICATION/STATUS CONFERENCE WITH CLIENT Re: PROCEDURE SHOULD DEFENDANT FAIL TO FILE AN ANSWER. | .3 | $395.00 | $118.50 |
| 10/13/2017 | [JH] - COMMUNICATION/STATUS CONFERENCE WITH CLIENT Re: DEFENDANT'S FAILURE TO FILE ANSWER. | .2 | $395.00 | $79.00 |
| 10/13/2017 | [JH] - PRELIMINARY RESEARCH SUPPORTING PLAINTIFF'S FORTHCOMING MOTION FOR DEFAULT AND REVIEW OF RELEVANT LOCAL RULES. | .4 | $395.00 | $158.00 |
| 10/13/2017 | [JH] - COMMUNICATION/STATUS CONFERENCE WITH CLIENT Re: FORTHCOMING DEFAULT PROCEDURE | .2 | $395.00 | $79.00 |
| 10/13/2017 | [JH] - RESEARCH FOR DRAFT MOTION FOR FINAL DEFAULT JUDGMENT. | 1.0 | $395.00 | $395.00 |
| 10/11/2017 | [JH] – DRAFT AND FILING OF MOTION FOR CLERK'S DEFAULT | .3 | $395.00 | $118.5 |
| 10/11/2017 | [JH] - REVIEW OF CLERK'S ENTRY OF DEFAULT. | .1 | $395.00 | $39.50 |
| 10/14/2017 | [JH] – COMPILING/COLLECTING NECESSARY DOCUMENTS, AND DRAFT MOTION FOR COSTS. | 1.0 | $395.00 | $395.00 |
| 10/15/2017 | [JH] – DRAFT MOTION DEFAULT FINAL JUDGMENT, ATTORNEYS' FEES, COSTS AND SUPPORTING MEMORANDUM. REVIEW AND FILE | 2.4 | $395.00 | $948.00 |
| 10/15/2017 | [JH] – PREPARE DECLARATION IN SUPPORT OF MOTION FOR ATTORNEYS' FEES | .5 | $395.00 | $197.50 |
| | | **17.40** | **$395.00** | **$6,873.00** |