UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 17-61802-CIV-MORENO

AMBER PRESCOTT,

        Plaintiff,

vs.

FRONTLINE ASSET STRATEGIES, LLC,

        Defendant.
_____/

## DEFAULT FINAL JUDGMENT

THIS CAUSE came before the Court upon Plaintiff's Motion for Entry of Default Final Judgment, Attorney Fees and Costs **(D.E. 8)**, filed on **October 15, 2017**.

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises. A default has been entered against Defendant FRONTLINE ASSET STRATEGIES, LLC for failure to answer or otherwise plead to the Summons and Complaint served by Plaintiff. Counsel for Plaintiff filed an Affidavit with the Court as to the amount due from Defendant. Accordingly, it is

**ADJUDGED** that the Motion for Default Final Judgment is **GRANTED**. Judgment is hereby entered in favor of Plaintiff AMBER PRESCOTT and against Defendant FRONTLINE ASSET STRATEGIES, LLC. It is further

**ADJUDGED** that Plaintiff shall recover from Defendant FRONTLINE ASSET STRATEGIES, LLC statutory damages in the amount of $2,000.00; attorney's fees and costs in the amount of $7,323.00; for a sum total of **$9,323.00**. Interest shall accrue on this judgment pursuant to 28 U.S.C. §1961. For which sum let execution issue.

DONE AND ORDERED in Chambers at Miami, Florida, this \_\_18th\_\_ of October, 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record