UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 17-61802-CIV-MORENO

AMBER PRESCOTT,

       Plaintiff,

vs.

FRONTLINE ASSET STRATEGIES, LLC,

       Defendant.

_____/

**ORDER SETTING ASIDE ENTRY OF DEFAULT**
**AND**
**NOTICE OF COURT PRACTICE UPON PARTIES' NOTICE OF SETTLEMENT**

THIS CAUSE came before the Court upon Defendant Frontline Asset Strategies, LLC's Motion to Set Aside Clerk's Default **(D.E. 11)**, filed on **November 14, 2017**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED based on the parties' stated intention to execute a formal settlement agreement.

THE PARTIES are notified that they shall file all papers related to the settlement including any order of dismissal stating specific terms and conditions, no later than **November 28, 2017**. If the parties do not comply with this order, then the Court shall dismiss this case with prejudice or proceed to trial.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th of November 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record